[No. 7,246.—Department One.]

## JOHN McBROWN *v.* A. W. WILSON et al.

EJECTMENT—PRIOR POSSESSION OF PUBLIC LANDS—PRE-EMPTION.

APPEAL by defendant, A. W. Wilson, from a judgment for plaintiff and from an order denying a new trial in the Twenty-second District Court of Marin County. TEMPLE, J.

Petition for hearing in bank was filed in this case after judgment, and denied.

*George Pearce* and *James F. Stuart,* for Appellant.

*George A. Nourse,* for Respondent.

The Court:

This case is like that of *McBrown* v. *Morris, supra,* 64, except that the entry made by the defendant upon the possession and occupation of McBrown was with intent to acquire a homestead right under the laws of the United States, which he was allowed to enter and pay for at the Land Office. The rules laid down in *McBrown* v. *Morris* apply to this case, and therefore the judgment and order herein are affirmed.